UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-20011-CR-SMITH

UNITED STATES OF AMERICA,

    Plaintiff,

vs

DAVID AUGUSTO VERAS,

    Defendant.
_____/

## JUDGMENT AND COMMITMENT ORDER UPON REVOCATION

THIS CAUSE came before the Court upon Probation's Petition for Offender Under Supervision DE 57. A Final Revocation Hearing was held on April 30, 2025. After a factual proffer given by the government, the defendant admitted to the violations in the petition. The Court found the defendant had violated the terms and conditions of his supervised release, it is therefore

**ORDERED AND ADJUDGED** that the defendant's term of supervised release is **REVOKED.** The defendant shall be imprisoned for a term of **six (6) months**. The Court recommends to the Bureau of Prisons that the defendant be placed in a facility in South Florida to be nearest to family. No supervision to follow.

**DONE AND ORDERED** in Ft. Lauderdale, Florida this 30th day of April, 2025.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE